1  Michael Esser (SBN 268634)
2  KIRKLAND & ELLIS LLP
3  555 California St., 29th Floor
   San Francisco, CA 94104
4  Phone (415) 439-1400
   Fax (415) 439-1500
5  michael.esser@kirkland.com

6  *Attorneys for Defendants Victory Park*
   *Capital Advisors LLC, Victory Park*
7  *Management LLC, GPL Servicing, Ltd.,*
   *Scott Zemnick, Jeffrey Schneider, and*
8  *Thomas Welch*

9

10                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
11

12  KIMETRA BRICE, EARL BROWNE,
    and JILL NOVOROT,
13
    Plaintiff,
14
    vs.
15
    KENNETH REES, GPL SERVICING, LTD.,          Case No.: 3:18-cv-01200-WHO
16  PLAIN GREEN, LLC, GREAT PLAINS
    LENDING, LLC, VICTORY PARK                  **NOTICE OF MOTION AND MOTION TO**
17  CAPITAL ADVISORS, LLC, VICTORY              **TRANSFER UNDER 28 U.S.C. § 1412**
    PARK MANAGEMENT, LLC, SCOTT
18  ZEMNICK, JEFFREY SCHNEIDER,                 Date:      June 20, 2018
    THOMAS WELCH, HAYNES                        Time:      2:00 p.m.
19  INVESTMENTS, LLC, and L. STEPHEN            Judge:     Hon. William H. Orrick
    HAYNES,                                     Location:  450 Golden Gate Avenue
20                                                         Courtroom 2, 17th Floor
21  Defendants.                                            San Francisco, CA 94102

22

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 20, 2018 at 2:00 p.m. in Courtroom 2 of the United States District Court located at 450 Golden Gate Avenue, San Francisco, California 94102, Honorable William H. Orrick presiding, Defendants GPL Servicing, Ltd., Victory Park Capital Advisors, LLC, Victory Park Management, LLC, Scott Zemnick, Jeffrey Schneider, Thomas Welch, and Kenneth Rees (together the "Transferring Defendants") shall and hereby do move this Court pursuant to 28 U.S.C. § 1412 for an order transferring venue to the United States District Court for the Northern District of Texas.

Transferring Defendants' motion is based on this notice of motion and supporting memorandum of points and authorities, any reply briefing in further support of this motion and supporting declarations and accompanying exhibits, as well as other written or oral argument that Transferring Defendants may present to the Court.

Dated: May 9, 2018

Respectfully submitted,

*s/ Michael Esser*

Michael Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California St., 29th Floor
San Francisco, CA 94104
Phone (415) 439-1400
Fax (415) 439-1500
michael.esser@kirkland.com

*Attorney for Defendants GPL Servicing, Ltd., Victory Park Capital Advisors, LLC, Victory Park Management, LLC, Scott Zemnick, Jeffrey Schneider, and Thomas Welch*

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants GPL Servicing, Ltd., Victory Park Capital Advisors, LLC, Victory Park Management, LLC, Scott Zemnick, Jeffrey Schneider, Thomas Welch, and Kenneth Rees (together the "Transferring Defendants"), by counsel, move this Court pursuant to 28 U.S.C. § 1412 for an order transferring venue to the United States District Court for the Northern District of Texas, where related chapter 11 bankruptcy proceedings are currently pending. In other related cases, the Courts in the Eastern District of Virginia and Middle District of Florida granted a similar motion as to similarly situated defendants for the reasons explained in the Honorable Judge Lauck's Memorandum Opinion on March 23, 2018. *Gibbs v. Rees*, Case No. 3:17-cv-386 (E.D. Va.) (Dkt. 132, Mar. 23, 2018 Memorandum Opinion).

Although Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs") object to the transfer for the reasons previously explained in Judge Lauck's decision in the Eastern District of Virginia, Plaintiffs concede that the analysis is indistinguishable as it applies to the Transferring Defendants, and, thus, it would be a waste of judicial resources to fully brief the same issues again. The Transferring Defendants also understand that Plaintiffs will be filing a statement of non-opposition in response to this motion, and thus it is uncontested.

WHEREFORE, the Transferring Defendants respectfully request that the Court enter an order transferring all claims asserted against them to the U.S. District Court for the Northern District of Texas. A proposed order granting the requested relief is attached as **Exhibit A**.

Dated: May 9, 2018                             Respectfully submitted,

*s/ Michael Esser*
Michael Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California St., 29th Floor
San Francisco, CA 94104
Phone (415) 439-1400
Fax (415) 439-1500
michael.esser@kirkland.com

*Attorney for Defendants GPL Servicing, Ltd., Victory Park Capital Advisors, LLC, Victory Park Management, LLC, Scott Zemnick, Jeffrey Schneider, and Thomas Welch*