Michael Esser (SBN 268634)
KIRKLAND & ELLIS LLP
555 California St., 29th Floor
San Francisco, CA 94104
Phone (415) 439-1400
Fax (415) 439-1500
michael.esser@kirkland.com

*Attorneys for Defendants Victory Park Capital Advisors LLC, Victory Park Management LLC, GPL Servicing, Ltd., Scott Zemnick, Jeffrey Schneider, and Thomas Welch*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH REES, GPL SERVICING, LTD., PLAIN GREEN, LLC, GREAT PLAINS LENDING, LLC, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, SCOTT ZEMNICK, JEFFREY SCHNEIDER, THOMAS WELCH, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants. | Case No.: 3:18-cv-01200-WHO<br><br>**ORDER**<br><br>Date: June 20, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Orrick<br>Location: 450 Golden Gate Avenue<br>Courtroom 2, 17th Floor<br>San Francisco, CA 94102 |

This matter comes before the Court pursuant to the Motion to Transfer Venue Under 28 U.S.C. § 1412 filed by Defendants Kenneth Rees, GPL Servicing, LTD., Victory Park Capital Advisors, LLC, Victory Park Management, LLC, Scott Zemnick, Jeffrey Schneider, and Thomas Welch (collectively, the "Transferring Defendants"). In other related cases, the Courts in the Eastern District of Virginia and Middle District of Florida granted a similar motion as to similarly situated defendants for the reasons explained in the Honorable Judge Lauck's Memorandum Opinion on March 23, 2018. *Gibbs v. Rees*, Case No. 3:17-cv-386 (E.D. Va.) (Dkt. 132, Mar. 23, 2018 Memorandum Opinion).

Although Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs) object to the transfer for the reasons previously explained in Judge Lauck's decision in the Eastern District of Virginia, Plaintiffs concede that the analysis is indistinguishable as it applies to the Transferring Defendants, and, thus, it would be a waste of judicial resources to fully brief the same issues again. Accordingly, the Court transfers all claims asserted against Defendants Kenneth Rees, GPL Servicing, Ltd., Victory Park Capital Advisors, LLC, Victory Park Management, LLC, Scott Zemnick, Jeffrey Schneider, and Thomas Welch to the U.S. District Court for the Northern District of Texas, where related chapter 11 bankruptcy proceedings are currently pending.

This action shall remain open and continue as to Defendants Plain Greens, LLC, Great Plains Lending, LLC and Haynes Investments, LLC, Sovereign Business Solutions, LLC, and L. Stephen Haynes.

**IT IS SO ORDERED.**

Dated: June 7, 2018

Hon. William H. Orrick
United States District Judge