UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMETRA BRICE, et al.,

    Plaintiffs,

    v.

KENNETH REES, et al.,

    Defendants.

Case No. 18-cv-01200-WHO

**ORDER GRANTING MOTION TO STAY**

Re: Dkt. No. 54

Defendant Great Plains Lending, LLC moves for a short stay in this case, pending the Judicial Panel on Multidistrict Litigation's ruling on its motion to consolidate and transfer this case, along with two other cases pending in other district courts, to the Western District of Oklahoma. Dkt. No. 54. Great Plains expects the JPMDL to hear its motion on July 26, 2018. The other defendants in this action do not oppose the stay. Dkt. No. 60. Plaintiffs oppose the stay, arguing that this case (asserting claims under California law) should continue to move forward because California consumers are suffering continued harm from Great Plains' allegedly usurious loan activities. Dkt. No. 61.

This matter is appropriate for determination without oral argument under Civil Local Rule 7-1(b) and the June 20, 2018 hearing is VACATED.

Great Plains' motion to stay is GRANTED. Judicial economy supports granting a short stay in this case pending the ruling of the JPMDL. A Case Management Conference is set for August 21, 2018, when I will consider the whether to keep the stay in place, depending on status of the JPMDL proceedings.

**IT IS SO ORDERED.**

Dated: June 11, 2018

William H. Orrick
United States District Judge