Annick M. Persinger (SBN 272996)
Anna C. Haac (pro hac vice)
Andrew J. Silver (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com
Email: asilver@tzlegal.com

Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Kristi C. Kelly, Esq., (pro hac vice)
Andrew J. Guzzo, Esq., (pro hac vice)
**KELLY & CRANDALL, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,**<br><br>    **Plaintiffs,**<br>v.<br><br>**KENNETH REES, GPL SERVICING, LTD., PLAIN GREEN, LLC, GREAT PLAINS LENDING, LLC, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, SCOTT ZEMNICK, JEFFREY SCHNEIDER, THOMAS WELCH, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,**<br><br>    **Defendants.** | Case No.: 3-18-cv-01200-WHO<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT GREAT PLAINS LENDING, LLC** |

Plaintiffs' Kimetra Brice, Earl Browne, and Jill Novorot, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by and through their below-listed counsel, hereby voluntarily dismiss without prejudice all claims in this action against Defendant Great Plains Lending, LLC.

Dated: August 15, 2018　　　　　　　　　Respectfully submitted

By: /s/ Anna C. Haac
Anna C. Haac (pro hac vice)
Annick M. Persinger (SBN 272996)
Andrew J. Silver (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com
Email: asilver@tzlegal.com

Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Kristi C. Kelly, Esq., (pro hac vice)
Andrew J. Guzzo, Esq., (pro hac vice)
**KELLY & CRANDALL, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyandcrandall.com
Email: aguzzo@kellyandcrandall.com

*Attorneys for Plaintiffs*

---

–1–
PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT GREAT PLAINS LENDING, LLC
3-19-cv-01200-WHO