1 | Andrew J. Silver (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: asilver@tzlegal.com

*Attorney for Plaintiffs*
*[additional counsel on signature page]*

Virginia A. Gibson (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street
Philadelphia, PA 19103-2799
Tel: (267) 675-4600
Fax: (267) 675-4601
Email: virginia.gibson@hoganlovells.com

*Attorney for Defendant Plain Green, LLC*
*[additional counsel on signature page]*

Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
David F. Herman (admitted *pro hac vice*)
**ARMSTRONG TEASDALE, LLP**
1500 Market Street, Fl. 12, East Tower
Philadelphia, PA 19102
Telephone: 215.246.3478
Email: rscheff@armstrongteasdale.com

*Attorneys for Defendants L. Steven Haynes and Haynes Investments, LLC*
*[additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br>v.<br><br>KENNETH REES, GPL SERVICING, LTD., PLAIN GREEN, LLC, GREAT PLAINS LENDING, LLC, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, SCOTT ZEMNICK, JEFFREY SCHNEIDER, THOMAS WELCH, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants. | Case No.: 3-18-cv-01200-WHO<br><br>**STIPULATION TO CONTINUE CASE DEADLINES** |

WHEREAS, on August 21, 2018, the Parties appeared before the Court for a Joint Case Management Conference ("CMC");

WHEREAS, during the CMC, the Court ordered that preliminary motions be filed no later than October 10, 2018, and that in the meantime the parties work collaboratively to assure that adequate jurisdictional discovery and other necessary information has been disclosed;

WHEREAS, in the time since the CMC, the Parties have been working to engage in discovery. To wit, the parties exchanged initial disclosures on September 4, 2018. Plaintiffs also identified specific categories of jurisdictional discovery needed and contained in requests for production served on May 29, 2018, and August 29, 2018. On September 28, 2018, Defendants Haynes Investments, LLC and L. Stephen Haynes ("the Haynes Defendants") provided written responses to Plaintiffs' discovery requests; on October 3, 2018, Defendant Plain Green, LLC ("Plain Green") provided written responses to Plaintiffs' discovery requests; and on September 20 and October 5, 2018, Plain Green made initial productions of documents responsive to Plaintiffs' discovery requests. The parties have been engaged in ongoing meet and confers relating to Defendants' objections to Plaintiffs discovery requests, with Plaintiffs anticipating the need to file motions to compel regarding the same;

WHEREAS, in the time since the CMC, the Parties have also engaged in initial settlement discussions;

WHEREAS, on October 10, 2018, the Haynes Defendants filed motions to (i) dismiss the case, (ii) compel arbitration, and (iii) stay the proceedings, and on the same date, Plain Green filed a motion to dismiss the case;

WHEREAS, pursuant to Local Rule 7-3, Plaintiffs would be required to submit responses to the Haynes Defendants' and Plain Green's motions on October 24, 2018, with the Haynes

Defendants and Plain Green thereafter being required to submit reply memoranda in support of their motions on October 31, 2018, and a hearing on the motions is currently scheduled for November 14, 2018, at 2:00 p.m.;

WHEREAS, the Parties believe that they will benefit from continued settlement negotiations and want to avoid potential unnecessary expenditure of time and resources on discovery disputes and further briefing on Defendants' motions should they be able to reach agreement on material terms of a settlement;

WHEREAS, additionally, the Parties are still meeting-and-conferring regarding discovery matters, and depending on the outcome of the meet-and-confer and settlement negotiations might submit a discovery dispute to the Court consistent with the procedures outlined in the Court's standing order;

WHEREAS, pursuant to Local Civil Rule 6-1(b), a Court order is necessary to extend the briefing schedule and reschedule the motion hearing;

WHEREAS, the postponement will not impact any other scheduled dates;

WHEREAS, this is the first time modification requested by the Parties both on the pending motions and in this case as a whole;

NOW, THEREFORE IT IS STIPULATED, by and between the undersigned Parties, through their respective counsel of record, pursuant to Rule 6 and Local Civil Rules 6-1(b) and 2(a), that (i) Plaintiffs shall file their response briefs in opposition to Defendants' pending motions outlined herein on November 28, 2018, (ii) Defendants' shall file their reply memoranda in support of the motions outlined herein on December 5, 2018, and (iii) the Parties shall appear on December 19, 2018, at 2:00 p.m. for the hearing on those motions.

STIPULATED AND AGREED:

| | |
|---|---|
| */s/ Andrew J. Silver* | */s/* Virginia A. Gibson |
| Annick M. Persinger (SBN 272996) | Virginia A. Gibson (admitted *pro hac vice*) |
| Anna C. Haac (pro hac vice) | Kendyl E. Keesey (admitted *pro hac vice*) |
| Andrew J. Silver (pro hac vice) | **HOGAN LOVELLS US LLP** |
| **TYCKO & ZAVAREEI LLP** | 1735 Market Street |
| 1828 L Street, N.W., Suite 1000 | Philadelphia, PA 19103-2799 |
| Washington, DC 20036 | Tel: (267) 675-4600 |
| Phone: 202-973-0900 | Fax: (267) 675-4601 |
| Fax: 202-973-0950 | Email: virginia.gibson@hoganlovells.com |
| Email: apersinger@tzlegal.com |         kendyl.keesey@hoganlovells.com |
|         ahaac@tzlegal.com | |
|         asilver@tzlegal.com | Michael J. Shepard (SBN 91281) |
| | **HOGAN LOVELLS US LLP** |
| Annick M. Persinger (SBN 272996) | 3 Embarcadero Center, Suite 1500 |
| **TYCKO & ZAVAREEI LLP** | San Francisco, California 94111 |
| The Tower Building | Tel: (415) 374-2300 |
| 1970 Broadway, Suite 1070 | Fax: (415) 374-2499 |
| Oakland, CA 94612 | Email: michael.shepard@hoganlovells.com |
| Telephone: (510) 254-6808 | |
| Facsimile: (202) 973-0950 | Colleen E. Roh Sinzdak (admitted *pro hac vice*) |
| Email: apersinger@tzlegal.com | Kyle Druding (admitted *pro hac vice*) |
| | **HOGAN LOVELLS US LLP** |
| Craig C. Marchiando, Esq., (SBN 283829) | 555 13th St. NW |
| Leonard A. Bennett, Esq., (pro hac vice) | Washington DC, 20004 |
| **CONSUMER LITIGATION ASSOCIATES, P.C.** | Tel: (202) 637-5600 |
| | Fax: (202) 637-5910 |
| 763 J. Clyde Morris Blvd., Ste. 1-A | Email: colleen.sinzdak@hoganlovells.com |
| Newport News, VA 23601 |         kyle.druding@hoganlovells.com |
| Telephone: (757) 930-3660 | |
| Facsimile: (757) 930-3662 | Joseph Fredericks Halloran (admitted *pro hac vice*) |
| Email: lenbennett@clalegal.com | **THE JACOBSON LAW GROUP** |
| Email: craig@clalegal.com | 180 East Fifth Street |
| | Suite 940 |
| Kristi C. Kelly, Esq., (pro hac vice) | Saint Paul, MN 55101 |
| Andrew J. Guzzo, Esq., (pro hac vice) | 651-644-4710 |
| **KELLY & CRANDALL, PLC** | Email: jhalloran@thejacobsonlawgroup.com |
| 3925 Chain Bridge Road, Suite 202 | |
| Fairfax, VA 22030 | Jeffrey Michael Goldman |
| (703) 424-7572 | **PEPPER HAMILTON LLP** |
| (703) 591-0167 Facsimile | 4 Park Plaza, Suite 1200 |
| Email: kkelly@kellyandcrandall.com | Irvine, CA 92614 |
| Email: aguzzo@kellyandcrandall.com | 949-567-3547 |
| | Fax: 949-863-0151 |
| Attorneys for Plaintiffs | Email: goldmanj@pepperlaw.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | */s/* Richard L. Scheff | Richard J. Zack |
| | Richard L. Scheff (admitted *pro hac vice*) | **PEPPER HAMILTON LLP** |
| 3 | Jonathan P. Boughrum (admitted *pro hac vice*) | 3000 Two Logan Square |
| | David F. Herman (admitted *pro hac vice*) | Eighteenth and Arch Streets |
| 4 | **ARMSTRONG TEASDALE, LLP** | Philadelphia, PA 19103-2799 |
| | 1500 Market Street, Fl. 12, East Tower | 215-981-4726 |
| 5 | Philadelphia, PA 19102 | Fax: 800-521-6515 |
| | Telephone: 215.246.3478 | Email: ZackR@pepperlaw.com |
| 6 | Email: rscheff@armstrongteasdale.com | |
| | jboughrum@armstrongteasdale.com | Attorneys for Defendant |
| 7 | dherman@armstrongteasdale.com | Plain Green, LLC |

Anna McLean (SBN 142233)
Daniel R. Fong (SBN 311985)
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 774-2923
Email:   amclean@sheppardmullin
   dfong@sheppardmullin.com

Attorneys for Defendants
L. Steven Haynes and Haynes Investments, LLC

Pursuant to Local Civil Rule 6-2(a), and **GOOD CAUSE APPEARING THEREFOR**, the stipulated schedule set forth above is hereby adopted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

**DATED**:   October 18, 2018

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE