UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMETRA BRICE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PLAIN GREEN, LLC., et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01200-WHO<br><br>**ORDER ON STIPULATIONS; RESETTING MOTION HEARING DATES**<br><br>Re: Dkt. Nos. 98, 99 |

　　　The stipulation (Dkt. No. 99) between defendant Plain Green and plaintiffs seeking a sixty-day extension of the deadlines to file the opposition and reply briefs as well as reset the hearing date on Plain Green's motion to dismiss (Dkt. No. 87) is GRANTED. The hearing on Plain Green's motion to dismiss is reset for February 20, 2018 at 2:00 p.m.

　　　The stipulation (Dkt. No. 98) between the Haynes defendants and plaintiffs to continue the briefing and hearing date on the Haynes defendants' motion to dismiss (Dkt. No. 86) is GRANTED. The briefing deadlines on the Haynes defendants' motion to stay and motion to compel arbitration are not altered. The hearing date on all three motions (Dkt. Nos. 84, 85, 86) is reset to February 20, 2018 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 28, 2018



William H. Orrick
United States District Judge