ARMSTRONG TEASDALE LLP
RICHARD L. SCHEFF (*pro hac vice*)
JONATHAN BOUGHRUM (*pro hac vice*)
DAVID F. HERMAN (*pro hac vice*)
1500 Market Street, 12th Floor, East Tower
Philadelphia, PA 19102
Telephone: (215) 246-3478
Facsimile: (215) 569-8228
Email: rlscheff@armstrongteasdale.com
jboughrum@armstrongteasdale.com
dherman@armstrongteasdale.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ANNA S. McLEAN (Cal. Bar No. 142233)
DANIEL R. FONG (Cal. Bar No. 311985)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-Mail: amclean@sheppardmullin.com
dfong@sheppardmullin.com

Attorneys for Defendants
HAYNES INVESTMENTS, LLC and
L. STEVEN HAYNES

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH REES; GPL SERVICING, LTD.; PLAIN GREEN, LLC; GREAT PLAINS LENDING, LLC; VICTORY PARK CAPITAL ADVISORS, LLC; VICTORY PARK MANAGEMENT, LLC; SCOTT ZEMNICK; JEFFREY SCHNEIDER; THOMAS WELCH; HAYNES INVESTMENTS, LLC; and L. STEPHEN HAYNES<br><br>Defendants. | CASE NO. 3:18-cv-01200-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS HAYNES INVESTMENTS AND L. STEVEN HAYNES TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT** |

/ / /

/ / /

-1-

SMRH:489169992.5  JOINT STIPULATION TO EXTEND TIME FOR HAYNES DEFENDANTS TO FILE REPLY TO MTD

## STIPULATION TO EXTEND TIME

Pursuant to Civil Local Rule 6-1(b) and Local Rule 6-2, Plaintiffs Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs") and Defendants Haynes Investments, LLC and L. Stephen Haynes (collectively, the "Haynes Defendants"), by and through their respective counsel, respectfully submit the following stipulation:

**WHEREAS**,

1. On October 10, 2018, the Haynes Defendants filed and served their Motion to Dismiss Complaint on jurisdictional grounds ("Motion to Dismiss");

2. Upon stipulated requests under Local Rule 6-1(b), the Court granted two extensions of time to Plaintiffs to file their Opposition to the Haynes Defendants' Motion to Dismiss [ECF Nos. 96, 100];

3. After resolving a discovery dispute, the Court then issued its December 3, 2018 Order, requiring the Haynes Defendants to produce certain discovery and providing Plaintiffs twenty days following review of said discovery to file their Opposition papers if Plaintiffs deemed they had sufficient discovery to oppose the Motion, and the Haynes Defendants would have seven days after the Opposition deadline to file their reply brief;

4. On December 28, 2018, Plaintiffs filed a notice that they had sufficient discovery to file an Opposition;

5. On January 10, 2019, the Court granted Plaintiffs' Administrative Motion for Leave to Extend Plaintiffs' Opposition Page Limit by ten pages to a total of 35 pages, which the Haynes Defendants did not oppose;

6. Plaintiffs filed their 35-page Opposition to Haynes Defendants' Motion to Dismiss Complaint on January 11, 2019;

7. Pursuant to the Court's prior December 3, 2018 Order, the Haynes Defendants currently must submit their Reply brief within seven days of the deadline for Plaintiffs' Opposition or by January 18, 2019;

8. The Haynes Defendants require additional time to review and respond to the longer-than-usual Opposition and extensive attached evidence;

9. Counsel for Plaintiffs and the Haynes Defendants have conferred and agree that the deadline for the Haynes Defendants to file their Reply in support of their Motion to Dismiss Complaint should be extended one week to January 25, 2019;

10. The Motion to Dismiss hearing date currently set for February 20, 2019 shall remain unaltered;

11. Pursuant to Local Rule 6-1(b), a Court order is necessary to extend the briefing schedule;

12. Other than the change to the Reply deadline, this change will not alter the date of any event or deadline already fixed by Court order;

**THEREFORE, IT IS NOW HEREBY STIPULATED AND AGREED,** by and between the undersigned, by and through their attorneys of record that:

1. The Haynes Defendants shall have until January 25, 2019 to file their Reply in support of the Motion to Dismiss.

DATED: January 17, 2019     ARMSTRONG TEASDALE LLP

By: */s/ Jonathan Boughrum*
Jonathan Boughrum
*Attorneys for Defendants Haynes Investments, LLC and L. Steven Haynes*

DATED: January 17, 2019

*/s/ Anna C. Haac*
**TYCO & ZAVAREEI LLP**
ANNA C. HAAC (*pro hac vice*)
ANDREW J. SILVER (*pro hac vice*)
1828 L Street, NW Suite 1000
Washington, D.C. 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
ahaac@tzlegal.com
asilver@tzlegal.com

*Attorneys for Plaintiffs Kimetria Brice, Earl Browne, and Jill Novorot*

## ATTESTATION

I, Anna C. Haac, am the ECF user whose ID and password authorized the filing of this document. Under Civil Local Rule 5-1(i)(3), I attest that all signatories to this document have concurred in this filing.

Dated: January 17, 2019        By   */s/ Anna C. Haac*
                                       Anna C. Haac

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED:   January 17, 2019        _____
                                  THE HON. WILLIAM H. ORRICK
                                  United States District Judge