Anna C. Haac (pro hac vice)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

*Attorney for Plaintiffs (additional counsel on signature page)*

Virginia A. Gibson (pro hac vice)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103-2799
Tel: (267) 675-4600
Fax: (267) 675-4601
virginia.gibson@hoganlovells.com

*Attorney for Defendant Plain Green, LLC (additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**KENNETH REES, GPL SERVICING, LTD., PLAIN GREEN, LLC, GREAT PLAINS LENDING, LLC, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, SCOTT ZEMNICK, JEFFREY SCHNEIDER, THOMAS WELCH, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,**<br><br>    **Defendants.** | Case No.: 3-18-cv-01200-WHO<br><br>**STIPULATED REQUEST TO STAY PROCEEDINGS AS TO PLAIN GREEN, LLC**<br><br><br>Hon. William H. Orrick |

1  WHEREAS, Plaintiffs and Defendant, Plain Green, LLC (collectively herein the "Parties"), by and through counsel, hereby advise the Court that the parties have resolved the claims between them in principle.

WHEREAS, the parties intend to effectuate their settlement as part of the settlement in the jointly-administered bankruptcy cases *In re: Think Finance, LLC, et al.*, Case No. 17-33964 pending in the United States Bankruptcy Court in the Northern District of Texas as part of the bankruptcy plan confirmation process and a formal Fed. R. Civ. P. 23(b)(3) class-wide settlement.

WHEREAS, this Court previously entered an order granting the Parties stipulated request to (1) extend the deadline for Plaintiffs' Response to Plain Green's Motion to Dismiss to January 28, 2019; (2) extend the deadline for Plain Green's Reply to February 4, 2019; and (3) set the hearing on Plain Green's Motion to Dismiss for February 20, 2019 in order to allow the Parties to continue settlement negotiations. (Dkt. 100.)

WHEREAS, in light of the settlement in principle reached between the Parties, a stay will conserve the resources of the Court and the Parties, by not presenting to the Court briefing that is unlikely to require a ruling.

NOW, THEREFORE THE PARTIES AGREE TO AND JOINTLY REQUEST that the Court vacate the afore-mentioned deadlines and hearing relating to Plain Green's Motion to Dismiss and stay this matter as to Plain Green until May 1, 2019, at which time the parties will advise the Court of whether the settlement has been confirmed in the bankruptcy court and a final approval order has been entered.

A proposed order to that effect is attached.

Dated: January 28, 2019

/s/ Anna C. Haac
Anna C. Haac (pro hac vice)
**TYCO & ZAVAREEI LLP**
1828 L. Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

Respectfully submitted,

/s/Virginia A. Gibson
Virginia A. Gibson (pro hac vice)
Kendyl E. Keesey (pro hac vice)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103-2799
Tel: (267) 675-4600
Fax: (267) 675-4601
virginia.gibson@hoganlovells.com

| | |
|---|---|
| Annick M. Persinger (SBN 272996)<br>Tanya S. Koshy (SBN 277095)<br>**TYCO & ZAVAREEI LLP**<br>The Tower Building<br>1970 Broadway Suite 1070<br>Oakland, CA 94612<br>Phone: 510-254-6808<br>Fax: 202-973-0950<br>Email: aspersinger@tzlegal.com<br>Email: tkoshy@tzlegal.com<br><br>Craig C. Marchiando, Esq., (SBN 283829)<br>Leonard A. Bennett, Esq., (pro hac vice)<br>**CONSUMER LITIGATION ASSOCIATES, P.C.**<br>763 J. Clyde Morris Blvd., Ste. 1-A<br>Newport News, VA 23601<br>Telephone: (757) 930-3660<br>Facsimile: (757) 930-3662<br>Email: lenbennett@clalegal.com<br>Email: craig@clalegal.com<br><br>Kristi C. Kelly, Esq., (pro hac vice)<br>Andrew J. Guzzo, Esq., (pro hac vice)<br>**KELLY & CRANDALL, PLC**<br>3925 Chain Bridge Road, Suite 202<br>Fairfax, VA 22030<br>(703) 424-7572<br>(703) 591-0167 Facsimile<br>Email: kkelly@kellyandcrandall.com<br>Email: aguzzo@kellyandcrandall.com<br><br>*Attorneys for Plaintiffs* | kendyl.keesey@hoganlovells.com<br><br>Colleen E. Roh Sinzdak (pro hac vice)<br>Kyle Druding (pro hac vice)<br>**HOGAN LOVELLS US LLP**<br>555 13th St. NW<br>Washington DC, 20004<br>Tel: (202) 637-5600<br>Fax: (202) 637-5910<br>colleen.sinzdak@hoganlovells.com<br>kyle.druding@hoganlovells.com<br><br>Joseph F. Halloran (pro hac vice)<br>Benjamin N. Pachito (SBN 308839)<br>**JACOBSON, MAGNUSON, ANDERSON & HALLORAN P.C.**<br>180 East Fifth Street, Suite 940<br>Saint Paul, MN 55101<br>T: (651) 644-4710<br>F: (651) 644-5904<br>jhalloran@thejacobsonlawgroup.com<br>bpachito@thejacobsonlawgroup.com<br><br>Jeffrey Michael Goldman<br>**PEPPER HAMILTON LLP**<br>4 Park Plaza, Suite 1200<br>Irvine, CA 92614<br>Phone: 949-567-3547<br>Fax: 949-863-0151<br>Email: goldmanj@pepperlaw.com<br><br><br><br>*Attorneys for Defendant Plain Green, LLC* |

1       I, Anna C. Haac, hereby attest pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

                                    */s/ Anna C. Haac*
                                    Anna C. Haac