ARMSTRONG TEASDALE, LLP
Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
David F. Herman (admitted *pro hac vice*)
1500 Market Street, Fl. 12, East Tower
Philadelphia, PA  19102
Telephone:  215.246.3478
Email:  rscheff@armstrongteasdale.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ANNA S. McLEAN (Cal. Bar No. 142233)
JACQUELINE M. SIMONOVICH (Cal. Bar No. 319259)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:      (415) 434-9100
Facsimile:       (415) 434-3947
E-Mail: amclean@sheppardmullin.com
            jsimonovich@sheppardmullin.com

**UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, *on behalf of themselves and all individuals similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PLAIN GREEN, LLC, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants. | CASE NO.  3:18-cv-1200-WHO<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Complaint filed:   February 23, 2018 |

NOTICE IS HEREBY GIVEN that, pursuant to 9 U.S.C. section 16(a)(1)(C) and Fed. R. App. P. 3, Defendants L. Stephen Haynes and Haynes Investments, LLC (collectively the "Haynes Defendants") hereby appeal to the United States Court of Appeals for the Ninth Circuit

from the March 12, 2019 Order Denying Pending Motions ("Order") (ECF No. 127), wherein the Court denied the Haynes Defendants' Motion to Compel Arbitration (ECF No. 85).

      A true and correct copy of the Order is attached hereto as Exhibit A. Pursuant to Rule 3-2 of the Ninth Circuit Federal Appellate Rules of Procedure, attached hereto as Exhibit B is the Haynes Defendants' Representation Statement.

DATED: April 10, 2019            By    */s/ Anna S. McLean*
                                                    Anna S. McLean (Cal. Bar No. 142233)
                                                    Jacqueline M. Simonovich (Cal. Bar No. 319259)
                                                    SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                                    Four Embarcadero Center, 17th Floor
                                                    San Francisco, CA 94111-4109
                                                    Telephone:   (415) 434-9100
                                                    Facsimile:    (415) 434-3947

                                                    Richard L. Scheff (admitted *pro hac vice*)
                                                    Jonathan P. Boughrum (admitted *pro hac vice*)
                                                    David F. Herman (admitted *pro hac vice*)
                                                    Armstrong Teasdale, LLP
                                                    1500 Market Street, Fl. 12, East Tower
                                                    Philadelphia, PA 19102
                                                    Telephone: 215.246.3478

                                                    *Attorneys for Defendants L. Stephen Haynes and Haynes*