# EXHIBIT B

ARMSTRONG TEASDALE, LLP
Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
David F. Herman (admitted *pro hac vice*)
1500 Market Street, Fl. 12, East Tower
Philadelphia, PA  19102
Telephone:  215.246.3478
Email:  rscheff@armstrongteasdale.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ANNA S. McLEAN (Cal. Bar No. 142233)
JACQUELINE M. SIMONOVICH (Cal. Bar No. 319259)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
E-Mail: amclean@sheppardmullin.com
          jsimonovich@sheppardmullin.com

# UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT, *on behalf of themselves and all individuals similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>PLAIN GREEN, LLC, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants. | CASE NO.  3:18-cv-1200-WHO<br><br>**DEFENDANTS L. STEPHEN HAYNES AND HAYNES INVESTMENTS, LLC REPRESENTATION STATEMENT**<br><br>Complaint filed:   February 23, 2018 |

## REPRESENTATION STATEMENT

The undersigned represents Defendants-Appellants Haynes Investments, LLC, and L. Stephen Haynes, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Defendants-Appellants submit this Representation Statement.

The following list identifies all parties to the action, and identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

1.  **Counsel for Plaintiffs Earl Browne, Jill Novorot, and Kimetra Brice**

Leonard Anthony Bennett
Consumer Litigation Associates, P.C.
12515 Warwick Boulevard
Suite 100
Newport News, VA 23606
 (757) 930-3660
(757) 930-3662 (fax)
lenbennett@clalegal.com

Craig Carley Marchiando
Consumer Litigation Associates
763 J Clyde Morris Blvd.
Suite 1-A
Newport News, VA 23601-1533
(757) 930-3660
(757) 930-3662 (fax)
craig@clalegal.com

Kristi Cahoon Kelly
Andrew Joseph Guzzo
Kelly Guzzo PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030
703-424-7576
703-591-0167 (fax)
aguzzo@kellyandcrandall.com

Anna C Haac
Andrew Silver
Tycko and Zavareei LLP
1828 L St. NW
Suite 1000
Washington, DC 20036
202-973-0900
202-973-0950 (fax)
ahaac@tzlegal.com

Tanya Susan Koshy
Annick Marie Persinger
Tycko and Zavareei LLP
The Tower Building
1970 Broadway, Suite 1070
Oakland, CA 94612

HAYNES' REPRESENTATION STATEMENT

(510) 254-6808
(510) 210-0571 (fax)
tkoshy@tzlegal.com

2.   **Counsel for Defendants Haynes Investments, LLC, and L . Stephen Haynes**

Jonathan P. Boughrum
Armstrong Teasdale LLP
1500 Market Street
East Tower, 12th Floor
Philadelphia, PA 19102
215-246-3479
215-569-8228 (fax)
jboughrum@armstrongteasdale.com

David F. Herman
Armstrong Teasdale LLP
1500 Market Street 12th Floor East Tower
Philadelphia, PA 19102
215 246-3479
215 569-8228 (fax)
dherman@armstrongteasdale.com

Anna S. McLean
Sheppard Mullin Richter & Hampton LLP
A Limited Liability Partnership, Including
Professional Corp
Four Embarcadero Center
Seventeenth Floor
San Francisco, CA 94111-4109
(415) 434-9100
(415) 434-3947 (fax)
AMcLean@sheppardmullin.com

Richard L. Scheff
Armstrong Teasdale LLP
1500 Market Street
East Tower, 12th Floor
Philadelphia, PA 19102
215-246-3469
215-569-8228 (fax)
rscheff@armstrongteasdale.com

Jacqueline Melissa Simonovich
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-434-9100

415-434-3947 (fax)
jsimonovich@sheppardmullin.com

Robert Gregory Marasco
Dinsmore and Shohl LLP
655 W Broadway Suite 800
San Diego, CA 92101
619-400-0500
619-400-0501 (fax)
robert.marasco@dinsmore.com

5.  **Counsel for Defendants Plain Green, LLC.**

Kyle Mitchell Druding
555 Thirteenth Street NW
Washington, DC 20004
202-637-6842
kyle.druding@hoganlovells.com

Virginia A. Gibson
Hogan Lovells US LLP
1735 Market Street
23rd Floor
Philadelphia, PA 19103
267-765-4635
virginia.gibson@hoganlovells.com

Jeffrey Michael Goldman
Pepper Hamilton LLP
4 Park Plaza, Suite 1200
Irvine, CA 92614
949-567-3547
949-863-0151 (fax)
goldmanj@pepperlaw.com

Joseph Fredericks Halloran
The Jacobson Law Group
180 East Fifth Street
Suite 940
Saint Paul, MN 55101
651-644-4710
jhalloran@thejacobsonlawgroup.com

Kendyl Elizabeth Keesey
Hogan Lovells US LLP
1735 Market Street
23rd Floor
Philadelphia, PA 19103

HAYNES' REPRESENTATION STATEMENT

267-675-4629
267-675-4601 (fax)
kendyl.keesey@hoganlovells.com

Benjamin Nashoba Pachito
180 East Fifth Street
Suite 940
Saint Paul, MN 55101
651-644-4710
bpachito@thejacobsonlawgroup.com

Michael J. Shepard
King & Spalding, LLP
101 2nd Street
Suite 2300
San Francisco, CA 94105-3664
415-318-1221
415-318-1300 (fax)
mshepard@kslaw.com

Colleen Roh Sinzdak
Hogan Lovells
555 13th St. NW
Washington, DC 20016
202-637-5823
colleen.sinzdak@hoganlovells.com

| | |
|---|---|
| 1 | DATED:  April 10, 2019 |

By     */s/ Anna S. McLean*
Anna S. McLean (Cal. Bar No. 142233)
Jacqueline M. Simonovich (Cal. Bar No. 319259)
SHEPPARD MULLIN RICHTER & HAMPTON
LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947

Richard L. Scheff (admitted *pro hac vice*)
Jonathan P. Boughrum (admitted *pro hac vice*)
David F. Herman (admitted *pro hac vice*)
Armstrong Teasdale, LLP
1500 Market Street, Fl. 12, East Tower
Philadelphia, PA  19102
Telephone:  215.246.3478

*Attorneys for Defendants L. Stephen Haynes and Haynes*