# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>  Plaintiffs,<br>v.<br><br>KENNETH REES, GPL SERVICING, LTD., PLAIN GREEN, LLC, GREAT PLAINS LENDING, LLC, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, SCOTT ZEMNICK, JEFFREY SCHNEIDER, THOMAS WELCH, HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>  Defendants. | Case No.: 3-18-cv-01200-WHO<br><br>**ORDER OF DISMISSAL OF PLAIN GREEN, LLC WITH PREJUDICE** |

Upon consideration of the Joint Status Report and Consent Motion to Dismiss Plain Green, LLC with Prejudice submitted by Plaintiffs, Kimetra Brice, Earl Browne, and Jill Novorot ("Plaintiffs"), on the one hand, and counsel for Defendant Plain Green, LLC ("Plain Green"), on the other hand (collectively herein "the Parties") and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this Court hereby DISMISSES WITH PREJUDICE Defendant Plain Green; each Party to bear their own costs and attorneys' fees.

IT IS SO ORDERED this  29th day of  January , 2020.

_____
Hon. William H. Orrick
United States District Judge

1