UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** March 10, 2021 | **Time:** 11 minutes<br>2:17 p.m. to 2:28 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.**: 18-cv-01200-WHO<br>19-cv-1481-WHO | **Case Name:** Brice v. Rees<br>Brice v. Stinson | |

**Attorney for Plaintiff:** Andrew Guzzo, Anna Haac, and Leonard Bennett
**Attorney for Defendant:** Richard Scheff, Michael Witsch, and Anna McLean

**Deputy Clerk:** Jean Davis             **Court Reporter:** Debra Pas

PROCEEDINGS

Hearing conducted via videoconference regarding discovery dispute and case management issues. The court expresses disappointment with the inability of the parties to communicate effectively and to mediate the matter.

The relief requested by plaintiffs in Discovery Dispute in 19-cv-01481 (Dkt. No. 142) is DENIED. If the motion for a protective order is transferred to this Court, it will be resolved promptly.

     This matter is REFERRED for random assignment to a Magistrate Judge for settlement. The parties will be advised of the date, time and place of the next related appearance by notice from the assigned Magistrate Judge.

**Pretrial Conference reset for July 19, 2021 at 2:00 p.m.**
**Jury Trial reset for August 30, 2021 at 8:30 a.m.**