**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br>v.<br><br>MIKE STINSON; LINDA STINSON; THE STINSON 2009 GRANTOR RETAINED ANNUITY TRUST; 7HBF NO. 2, LTD.; SEQUOIA CAPITAL OPERATIONS, LLC; SEQUOIA CAPITAL FRANCHISE PARTNERS, L.P.; SEQUOIA CAPITAL IX, L.P; SEQUOIA CAPITAL GROWTH FUND III, L.P.; SEQUOIA ENTREPRENEURS ANNEX FUND, L.P.; SEQUOIA CAPITAL GROWTH III PRINCIPALS FUND, LLC; SEQUOIA CAPITAL FRANCHISE FUND, L.P.; SEQUOIA CAPITAL GROWTH PARTNERS III, LP.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER,<br><br>Defendants. | Case No.: 3:19-cv-01481-WHO |
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br>v.<br><br>HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants | Case No.: 3:18-cv-01200-WHO<br><br>**ORDER APPROVING CLASS NOTICE** |

Having reviewed and considered the Proposed Class Notice, Dkt. No. 170-1 in Case No. 19-cv-01481, as agreed to and submitted by the parties on May 11, 2021, this Court hereby approves the Proposed Class Notice. The parties shall submit an agreed-to Notice Plan or a five-page joint letter identifying any disputes regarding the proposed Notice Plan on or before May 26, 2021.

**IT IS SO ORDERED.**

Dated: May 12, 2021

Honorable William H. Orrick
United States District Judge