1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
10

11   KIMETRA BRICE, EARL BROWNE,            Case No.: 3:19-cv-01481-WHO
     and JILL NOVOROT**,**
12
                                            **[~~PROPOSED~~ ORDER] GRANTING**
13       Plaintiffs,                        **STIPULATED REQUEST TO EXTEND**
     v.                                     **PAGE LIMITS AND DEADLINES FOR**
14                                          **REPLY BRIEFS FOR SUMMARY**
     MIKE STINSON; LINDA STINSON; 7HBF      **JUDGMENT**
15   NO. 2, LTD.; STARTUP CAPITAL
     VENTURES, L.P.; STEPHEN J. SHAPER**,**
16                                           Hon. William H. Orrick
         Defendants.
17
     KIMETRA BRICE, EARL BROWNE, and JILL   Case No.: 3:18-cv-01200-WHO
18   NOVOROT,
19
          Plaintiffs,
20   v.

21   HAYNES INVESTMENTS, LLC, and
     L. STEPHEN HAYNES,
22
          Defendants
23

24
25
26
27
28

1

# [~~PROPOSED~~] ORDER

Upon review of the Stipulated Request to Extend Page Limits and Deadlines for Reply Briefs for Summary Judgment, submitted by Plaintiffs and Defendants, and for good cause shown, this Court hereby grants the stipulation. The deadline is hereby extended to June 14, 2021, and the Court grants a 10-page extension of the page limits for their respective reply briefs.

**IT IS SO ORDERED.**

DATED: June 8, 2021

Honorable William H. Orrick
United States District Judge