| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 8 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KIMETRA BRICE; et al.,

        Plaintiffs-Appellees,

 v.

PLAIN GREEN, LLC,

        Defendant,

 and

HAYNES INVESTMENTS, LLC; L. STEPHEN HAYNES,

        Defendants-Appellants.

No.   19-15707

D.C. No. 3:18-cv-01200-WHO
Northern District of California,
San Francisco

ORDER

Before:  W. FLETCHER, FORREST, and VANDYKE, Circuit Judges.

     Defendants-Appellants are ordered to file a response to Plaintiffs-Appellees' petition for panel rehearing and rehearing en banc (Dkt. No. 72). The response shall not exceed 15 pages or 4,200 words and shall be filed within 21 days of this order. Parties who are registered for Appellate ECF must file the response electronically without submission of paper copies. Parties who are not registered Appellate ECF filers must file the original response plus 50 paper copies.